UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES HUNT,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation, and EQUIFAX CREDIT INFORMATION SERVICES, INC., a Georgia corporation,<br><br>　　Defendants. | NO. CV-07-5055-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Before the Court is the parties' Agreed Order of Dismissal (Ct. Rec. 8). The motion was heard without oral argument. The parties ask that all the claims against all parties be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Agreed Order of Dismissal (Ct. Rec. 8) is **GRANTED**.

2. The above-captioned action is **DISMISSED** with prejudice and without award of costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 8th day of February, 2008.

　　　　　　　　　　　　*S/ Robert H. Whaley*

　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　Chief United States District Judge

Q:\CIVIL\2007\Hunt (james)\stip.dismiss.ord.wpd

ORDER GRANTING STIPULATION OF DISMISSAL  * 1